

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2019

No. 04-18-00957-CV

Kevin **DOTY** and Elizabeth Doty Individually and Severally,
Appellants

v.

Richard **DAVIDSON**, Javline Ranch (A General Partnership), AKA Javelin Ranch AKA Javelin
Ranch L.P.,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

The clerk's notification of late record is hereby Noted.  The trial court clerk is ordered to file the clerk's record **no later than February 22, 2019.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court